```
___FILED   _____
___LODGED  |  MAIL   |
___RECEIVED|_____|

    JUN 1 1 2013

       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

U.S. District Court for the Western District of Washington
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

Re: *Voltage Pictures, LLC v. Does 1-78*, U.S. District Court Docket No. 2:13-cv-00461, Order entered March 26, 2013; Comcast File #464219

June 7, 2013

To Whom It May Concern:

This is in response to the service packet with cover letter on the above matter dated May 1, 2013. This occurrence happened in a rental house where students are residing; I am the owner of the property, and the Comcast account is under my name. However, I have no knowledge of what content was illegally obtained, uploaded or downloaded. As soon as I received the abovementioned notice, I informed all the resident tenants of this property that this illegal act would not be tolerated, and that I would disconnect the Comcast service if any such illegal acts happened again. If the Court will allow me, I would be happy to release the names of all my tenants.

This sort of incident is something very new to me; and I hope that it will not be repeated. Please advise me on what further actions must be taken on this matter.

Sincerely,

Rizwan Samad

Cell: (206) 437-8911
Email: riz@newwavetravel.com

**13-CV-00461-DISCL**

Rizwan Samad
4723 University Way NE
Seattle WA 98105

SEATTLE WA 980
10 JUN 2013 PM 2 L

US District Court for The Western District of Washington
Clerk's Office
700 Stewart Street Suite 2310
Seattle WA 98101

justice FOREVER